IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 99-30877
_____

CAROL MARIE MCCOY BOOTH,

      Plaintiff - Appellant

   v.

SAMUEL TIMOTHY MCGRAW, also known as Tim McGraw

      Defendant - Appellee

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 93-CV-741
_____
August 8, 2000

Before KING, Chief Judge, REYNALDO G. GARZA and PARKER, Circuit
Judges.

PER CURIAM:[*]

    AFFIRMED.  See 5TH CIR. R. 47.6.

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.